

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA  19422
📞 610.397.6500  🖨 610.397.0450
WWW.FOXROTHSCHILD.COM

BENJAMIN H. MCCOY
Direct No: 610.397.7972
Email: BMCCOY@FOXROTHSCHILD.COM


January 16, 2024

**VIA ECF**

The Honorable J. Brendan Day
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** **The Plastic Surgery Center, P.A. v. Aetna Life Insurance Company, et al.; No. 3:23-cv-23108-RK-JBD**

Dear Judge Day:

      The undersigned is counsel of record to Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. I write to respectfully request a one-week extension of the January 18, 2024 deadline for Aetna to Answer, Move, or otherwise Respond to Plaintiff The Plastic Surgery Center, P.A.'s ("Plaintiff") Complaint [ECF No. 1-2], through and including January 25, 2024. We also intend to file our response to Plaintiff's Request for an Order to Show Cause by that same date.

      The extension is necessary to provide additional time to continue investigating Plaintiff's allegations and formulate a response to the allegations and would not impact any scheduled dates or deadlines. This is Aetna's second request for an extension and counsel for Plaintiff has consented to the request.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington



The Honorable J. Brendan Day
January 16, 2024
Page 2

I thank the Court for its consideration of this request.

Respectfully,

*/s/ B. McG*

Benjamin H. McCoy

BHM:jlh
cc:    Counsel of Record, via ECF