

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA  19422
610.397.6500   610.397.0450
WWW.FOXROTHSCHILD.COM

BENJAMIN H. MCCOY
Direct No: 610.397.7972
Email: BMCCOY@FOXROTHSCHILD.COM

January 24, 2024

**VIA ECF**

The Honorable J. Brendan Day
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** **The Plastic Surgery Center, P.A. v. Aetna Life Insurance Company, et al.; No. 3:23-cv-23108-RK-JBD**

Dear Judge Day:

     The undersigned is counsel of record to Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. I write to respectfully request a five-day extension of the January 24, 2024 deadline for Aetna to Answer, Move, or otherwise Respond to Plaintiff The Plastic Surgery Center, P.A.'s ("Plaintiff") Complaint [ECF No. 1-2], through and including January 30, 2024. We also intend to file our response to Plaintiff's Request for an Order to Show Cause by that same date.

     The extension is necessary to provide additional time to continue investigating Plaintiff's allegations and formulate a response to the allegations and would not impact any other scheduled dates or deadlines. This is Aetna's third and **<u>final request</u>** for an extension and counsel for Plaintiff has consented to the request.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington



The Honorable J. Brendan Day
January 24, 2024
Page 2

I thank the Court for its consideration of this request.

Respectfully,

Benjamin H. McCoy

BHM:jlh
cc:   Counsel of Record, via ECF