# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PLASTIC SURGERY CENTER, P.A.<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.<br><br>　　　　Defendants. | No. 3:23-cv-23108-RK-JBD<br><br>(*Filed Electronically*) |

## ORDER

AND NOW, the 25th Day of January, 2024, upon consideration of Defendant Aetna Life Insurance Company's ("Aetna") Request for an Extension of Time to Answer, Move, or otherwise Respond to Plaintiff's Complaint, it is hereby **ORDERED** that Aetna's Request is **GRANTED.** Aetna's deadline for filing responsive motions or pleadings shall be January 30, 2024. Aetna will also file its Response to Plaintiff's Motion for Order to Show Cause on January 30, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　J. BRENDAN DAY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE