# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PLASTIC SURGERY CENTER, P.A., <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, XYZ CORPS. 1-10, <br><br> Defendants. | CIVIL ACTION <br><br> Civ. No. 3:23-cv-23108-RK-JBD |

### DEFENDANT'S NOTICE OF CROSS-MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE FOR INJUNCTIVE RELIEF

**PLEASE TAKE NOTICE** that on or before March 4, 2024, or upon a date and time to be set by the Court, Defendant Aetna Life Insurance Company ("Aetna"), by and through its attorneys, will move before the Honorable Robert Kirsch of the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse located at 402 East State Street, Trenton, NJ 08608, for an Order granting Aetna's Cross-Motion to Dismiss Plaintiff's Complaint and denying Plaintiff's Motion for Order to Show Cause for Injunctive Relief.

**PLEASE TAKE FURTHER NOTICE** that in support of their Cross-Motion, Aetna will rely upon the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(e), a proposed form of order is concurrently being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: January 30, 2024                    FOX ROTHSCHILD LLP

                                         By:   /s/ *Benjamin H. McCoy*
                                                                Benjamin H. McCoy
                                                                980 Jolly Road, Suite 110
                                                                Blue Bell, PA 19422-3001
                                                                T: (610) 397-6500
                                                                F: (610) 397-0450
                                                                bmccoy@foxrothschild.com

                                                                *Attorneys for Aetna Life Insurance Company*

## **CERTIFICATE OF SERVICE**

    I, BENJAMIN H. MCCOY, hereby certify that on this date, a copy of the foregoing Notice of Cross-Motion to Dismiss and Opposition to Plaintiff's Motion for Order to Show Cause for Injunctive Relief with associated Memorandum and proposed order were filed and serviced electronically. Notice of this filing will be sent by e-mail to all parties and/or counsel of record via the Court's electronic filing (ECF) system and the parties may access this filing through the Court's system.

*/s/ Benjamin H. McCoy*
BENJAMIN H. MCCOY

Dated:	January 30, 2024