IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Michael M. DiCicco, Esq. Attorney ID: 016511983
Kyle R. Tognan, Esq. Attorney ID: 128372014
**MAGGS McDERMOTT & DiCICCO, LLC**
Allaire Corporate Center
3349 Highway 138, Building C, Suite D
Wall, New Jersey 07719
Phone: (732) 223-9870
Fax: (732) 223-7367
*Attorneys for Plaintiff, The Plastic Surgery Center, P.A.*
Our File No. 3329.0510

| THE PLASTIC SURGERY CENTER, P.A., <br><br> Plaintiff, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, XYZ CORPS. 1-10, <br><br> Defendants. | No.: 3:23-cv-23108 <br><br> CIVIL ACTION <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

Plaintiff, The Plastic Surgery Center, P.A., hereby gives notice of its voluntary dismissal as to all parties in this matter pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Defendant Aetna Life Insurance Company has not served an answer or motion for summary judgment to Plaintiff's Complaint.

By: *s/Kyle R. Tognan*
Kyle R. Tognan, Esq.
**MAGGS McDERMOTT & DiCICCO, LLC**
Allaire Corporate Center
3349 Highway 138, Building C, Suite D
Wall, NJ 07719
Phone: 732-223-9870
ktognan@maggslawnj.com
*Attorneys for Plaintiff, The Plastic Surgery Center, P.A.*

Dated: April 17, 2024

So ordered this 18 day of APRIL, 2024.

Robert Kirsch, U.S.D.J.